IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CONCRETE WASHOUT SYSTEMS        )    2:08-cv-02088-GEB-KJM
INCORPORATED,                   )
                                )
            Plaintiff,          )
                                )    RELATED CASE ORDER
     v.                         )
                                )
NEATON COMPANIES LLC,           )
                                )
            Defendant.          )
                                )
_____)
                                )
CONCRETE WASHOUT SYSTEMS        )    2:08-cv-02214-LKK-DAD
INCORPORATED,                   )
                                )
            Plaintiff,          )
                                )
     v.                         )
                                )
WASHOUT SYSTEMS, LLC;  KENNETH T.)
LOPER;  SAM GARRARD,            )
                                )
            Defendants.         )
_____)
```

Defendants assert the above actions are related within the meaning of Local Rule 83-123(a), contending they are based on similar claims and involve the same or similar questions of fact. Therefore, the actions will be assigned to the same district judge and magistrate judge.

The parties should be aware that relating the cases merely results in the actions being assigned to the same judge and

1

1 | magistrate judge; no consolidation of the actions is effected.
2 | Under the regular practice of this court, related cases are
3 | generally assigned to the district judge and magistrate judge to
4 | whom the first filed action was assigned.
5 |         IT IS ORDERED that action 2:08-CV-02214-LKK-DAD is
6 | reassigned to District Judge Garland E. Burrell, Jr., and
7 | Magistrate Judge Kimberly J. Mueller for all further proceedings.
8 | Henceforth, the caption on documents filed in the reassigned case
9 | shall show the initials "GEB KJM" instead of the other judges'
10 | initials.  Further, any dates currently set in this reassigned case
11 | <u>only</u> are VACATED.  The Clerk of Court shall make an appropriate
12 | adjustment in the assignment of civil cases to compensate for this
13 | reassignment and shall issue Judge Burrell's Order Setting Status
14 | (Pretrial Scheduling) Conference in 2:08-cv-2214-GEB-KJM setting a
15 | status conference for December 22, 2008, at 9:00 a.m.
16 |         IT IS SO ORDERED.
17 | Dated:  September 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2