STEVEN H. GURNEE, ESQ. SB# 66056
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California 95661-3805
Telephone (916) 797-3100
FAX (916) 797-3131

Attorneys for Defendant,
NEATON COMPANIES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEATON COMPANIES, LLC, and Does 1-100,<br><br>Defendants. | Case No.: 2:08-CV-02088-GEB-KJM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE** |

Pursuant to Local Rule 6-144(a), the parties hereby agree to extend the time for Defendant Neaton Companies, LLC to respond to Plaintiff Concrete Washout Systems, Inc.'s Application for Order to Show Cause to December 31, 2008 at 12:00 p.m. This extension is not for the purpose of delay, but to accommodate counsel for Defendant who has been out of the office due to family matters, the Christmas holiday, and new counsel, Thomas G. Grace, Esq., of Santoro Driggs Walch Kearney Holley & Thompson, who was recently retained by Defendant.

///
///
///
///
///
///
///

1

STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION
PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271

1    The hearing date currently set for January 12, 2009 at 9:00 a.m. remains as scheduled.

2    DATED:  December ___, 2008            By: _____
3                                               NICHOLAS P. FORESTIERE
                                                Attorney for Defendant,
4                                               Neaton Companies

5    DATED:  December ___, 2008            By: _____
                                                Maralee MacDonald
6                                               Attorney for Plaintiff, Concrete Washout
7                                               Systems

                            **IT IS SO ORDERED**
8

9

10   DATED: 1/5/09

11
                                            _____
12                                          GARLAND E. BURRELL, JR.
13                                          United States District Judge

STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION
PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271