IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONCRETE WASHOUT SYSTEMS, INC., )
a California corpoation )
) 2:08-cv-02088-GEB-KJM
Plaintiff, )
) ORDER
v. )
)
NEATON COMPANIES, LLC, a limited )
liability company, and DOES 1-100, )
)
Defendants. )
_____)

Pending is Defendant's motion to dissolve a preliminary injunction issued on October 22, 2008. The matter was fully brief and heard on February 23, 2009. On April 3, 2009, Defendant filed a Notice of Authority, citing <u>Static Control Components Inc. v. Lexmark International, Inc.</u>, No. 5:02-571, 5:04-84, 2009 WL 891811 (E.D. Ky. Mar. 31, 2009). Since the <u>Static Control Components</u> decision was issued after the hearing on the motion, the Court will consider this decision in its ruling. <u>See</u> <u>Smith v. Pac. Bell Tel. Co.</u>, No. CV-F-06-1756, 2008 WL 4779554, at *1 (E.D. Cal. Oct. 27, 2008) (stating the court would consider supplemental authority submitted by

a party after oral argument and granting opposing party an opportunity to file responsive papers). Plaintiff is given an opportunity to file a responsive brief to Defendant's Notice of Authority on or before May 1, 2009.

Dated: April 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge