IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONCRETE WASHOUT SYSTEMS,
a California Corporation,   02:08-cv-02088-GEB-KJM

    Plaintiff,

    v.   ORDER

NEATON COMPANIES, LLC, a
limited liability company,

    Defendant.

And Related Actions.

Defendant's February 4, 2009 motion to dissolve the preliminary injunction is denied.

Dated: May 21, 2009

GARLAND E. BURRELL, JR.
United States District Judge