**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson (SBN 073353)
Maralee MacDonald (SBN 208699)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel. (916) 321-4444
e-mail: mmacdonald@boutininc.com

Brian R. Katz, Attorney at Law (SBN 88895)
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA 95762
Tel. (916-933-5266)
e-mail: brian@katzbusinesslaw.com

Attorneys for plaintiff Concrete Washout Systems, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NEATON COMPANIES, LLC,<br><br>　　　　　　　Defendants. | Case No.: 2:08-CV-02088-GEB-KJM<br><br>**STIPULATED REQUEST TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER** |

　　　　Plaintiff Concrete Washout Systems, Inc. ("CWS") and Defendant Neaton Companies, LLC through their attorneys, hereby stipulate and request modification of this Court's Amended Status (Pre-Trial Scheduling) Order, filed December 16, 2008 (Dkt. 43).

　　　　The status order establishes September 15, 2009 as the date that discovery is to be completed. The parties request that the status order be modified to briefly extend the discovery cutoff to October 8, 2009.

　　　　The parties submit that there is good cause for the requested modification. The depositions of Neaton Companies, LLC, and its affiliates Chris Neaton and Kelly Neaton, were originally scheduled to take place on August 31, 2009 and September 1, 2009 in Minnesota. However, these witnesses and their counsel cannot be available for the depositions until September 22, 2009 and September 23, 2009. In order to accommodate the schedule of defendant, its affiliated witnesses and defense

counsel, the parties agree that a modest extension of the discovery completion date is necessary so that plaintiff may depose key witnesses and complete discovery.  The requested modification does not impact the motion hearing schedule, final pretrial conference, or trial setting.

The parties therefore request and stipulate that the Court modify the Status (Pretrial Scheduling) Order, Dkt. 43, to extend the deadline for completion of discovery to October 8, 2009.

**IT IS SO STIPULATED.**

Dated:  August 21, 2009           BOUTIN GIBSON DI GIUSTO HODELL INC.

By:   */s/ Maralee MacDonald*
　　　Chris Gibson
　　　Maralee MacDonald
　　　Attorneys for Plaintiff
　　　Concrete Washout Systems, Inc.

Dated:  August 21, 2009           SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

By:   */s/ Thomas G. Grace*  **(authorized 8/21/09)**
　　　Thomas G. Grace – Admitted Pro Hac Vice
　　　Attorneys for Defendants and Counterclaimants
　　　Neaton Companies, LLC

**IT IS SO ORDERED.**

Dated: 9/3/09

Hon. Garland E. Burrell, Jr.
United States District Court Judge