# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>            Plaintiff,<br>    vs.<br><br>NEATON COMPANIES, LLC,<br><br>            Defendants. | Case No.: 2:08-CV-02088-GEB-KJM<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS OF DEFENDANT AND ITS OFFICERS/MANAGING AGENTS KELLY NEATON AND CHRISTOPHER NEATON AND FOR SANCTIONS** |

This matter came before the Court on Plaintiff Concrete Washout Systems, Inc.'s ("CWS") *Ex Parte* Application for an Order Shortening Time for Hearing on CWS' Motion To Compel Depositions Of Defendant And Its Officers/Managing Agents Kelly Neaton And Christopher Neaton And For Sanctions. Upon considering CWS' *ex parte* application, and the Declaration of Maralee MacDonald and the Memorandum of Points and Authorities, it appears to the satisfaction of the Court that this is a proper case for granting an Order Shortening Time.

IT IS ORDERED that the hearing on CWS' Motion To Compel Depositions Of Defendant And Its Officers/Managing Agents Kelly Neaton And Christopher Neaton And For Sanctions shall take place on September 30, 2009 at 10:00 a.m. in Courtroom 26.

IT IS FURTHER ORDERED that the following briefing schedule shall apply:

Neaton shall file and serve its Opposition via the Court's electronic filing system no later than September 23, 2009.

-1-
**ORDER GRANTING PLAINTIFF CONCRETE WASHOUT SYSTEMS, INC.'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME**

CWS shall file and serve its Reply (if any) via the Court's electronic filing system no later than September 25, 2009.

**No brief filed by any party shall exceed 15 pages.**

DATED: September 21, 2009. _____

_____
U.S. MAGISTRATE JUDGE