IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONCRETE WASHOUT SYSTEMS, INC.,

    Plaintiff,                                 No. CIV S-08-2088 GEB KJM

    vs.

NEATON COMPANIES, et al.,

    Defendants.                          <u>ORDER</u>

/

         Plaintiff's motions to compel were submitted on the papers. No opposition has been filed. Upon review of the documents in support of the motions, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

         1. Plaintiff's motions to compel (docket nos. 86 and 88) are granted. Defendant Neaton Company and its officers/managing agents Kelly Neaton and Christopher Neaton shall appear for deposition at the time and place set by plaintiff. Within ten days from the date of this order, defendants shall, without objection, produce the documents requested in the deposition notice and in the request for production of documents, set no. one.

         2. Reasonable expenses incurred in connection with this motion are awarded to plaintiff against defendants in the amount of $ 1,075.00.

/////

1

1          3. Defendants are cautioned that failure to comply with this order may result in a
2  recommendation that defendants' answer be stricken and default entered.
3  DATED: October 6, 2009.

                                                              [signature]
                                                            U.S. MAGISTRATE JUDGE

006
concrete-neaton.oah