IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, a California Corporation, ) ) ) Plaintiff, ) ) v. ) ) ) NEATON COMPANIES, LLC. ) ) Defendant. ) ) | 2:08-cv-02088-GEB-KJM <u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

On October 8, 2009 Plaintiff filed a Notice of Settlement in which Plaintiff states "this matter has been settled, and . . . based on the terms of settlement, the parties expect to file dispositional documents for all claims in this matter by November 30, 2009." Therefore, a dispositional document shall be filed no later than November 30, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The final pretrial conference scheduled for January 19, 2010 at 1:30 p.m. shall remain scheduled, in the event that no dispositional document is filed, or if this action is not dismissed.

Dated: October 13, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28